**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :   No. 52 WAL 2024

                    Respondent                :

                                     :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

                  v.                            :

                                       :

ANGELA MARINUCCI,                  :

                                      :

                    Petitioner                 :


## ORDER


**PER CURIAM**

      **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.